April 26, 2005

United States District Court
For The District Of Delaware
Boggs Building
944 North King Street
Lockbox 18
Wilmington, DE  19801
(302) 573-6170
Civil Actions 04-0419(JJF) State Farm
& 04-0703 (JJF) ERSC

To The Attention Of The Court:

On yesterday, Monday, April 25, 2005 for the third time of which was witnessed a vehicle remained parked on-looking my families current residence, @ which time my husband decided to go outside to approach the vehicle against my wishes, of which speed off as soon as my husband began his descent down our driveway.  While I do not expect our legal system to work or prevent these actions, based on its' prior performance, I am sending this to be on the record with the courts, in case any member of my family become maimed as a result of the activity we have monitored.  This will be support indicating that our legal system did nothing to prevent these actions, but in some cases helped encourage such actions.  While I myself am not afraid of being maimed for doing what is right (although it is not my wish), since I've done everything in accordance to God's word, I do have concerns for my 8 year old and 4 year old, as well as my husband, and have left specific instructions should harm come to my family.  The ideal situation would be able to move immediately, but since our move was unexpected, we have to wait until our home is complete, and hopefully, the bully tactics practiced into trying to intimidate my family will not result in harm to any member of my family.

Again, there is no expectations from anyone, but this is just merely to be on the record, since there has not been one agency that has performed its' job in ensuring that this behavior is never demonstrated for one exercising their right to sue to have people follow the laws.  At least State Farm has sought to have the person who was within 3 miles of their Maryland office stop telephoning our home harassing us, temporarily.

Lastly, I'm not going to apologize for trying to have people follow the law, or for having followed the law myself, and done right by the stockholders who wanted an end to what was being done within the community.  The only thing I'm sorry for is the position I've placed my family in, although my husband whole heartedly supported me, but my children are innocent bystanders, beings subjected to conditions I never thought they would have to.

Sincerely,

*Cathy A. Brooks McCollum*

Cathy Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE  19701
(302) 832-2694

cc:     State Farm Insurance Company
        Stephen Casarino
        Ferry, Joseph & Pearce (Edward Kafader)
        Jon Parshall

115 Emerald Ridge Dr.
Bear DE 19701

United States District Court
For The District Of Delaware
Boggs Building
844 North King Street
Lock Box 18
Wilmington DE 19801


