August 30, 2005

United States District Court For The District Of Delaware
Boggs Building
844 North King Street
Lockbox 18
Wilmington, DE 19801
Civil Action 04-0419(JJF) (State Farm)
Civil Action 04-0703(JJF) (ERSC)
Civil Action 04-1419(JJF) DE State

Can you please update the address a from 115 Emerald Ridge Drive, Bear, DE 19701 to P.O. Box 12166, Wilmington, DE 19850 for Civil Action 04-0419(JJF) (State Farm)Civil Action 04-0703(JJF) (ERSC) Civil Action 04-1419(JJF) DE State, and any telephone calls should be directed to (302) 521-1241. This change should be effective August, 2005 due to our displacement from our home. Should you require additional information, please feel free to contact me on the number listed below. As protection for our family we will not be disclosing our temporary address or future address in that we have not been protected thus far.

Sincerely,

Cathy D. Brooks-McCollum
P.O. Box 12166
Wilmington, DE 19850
(302) 521-1241



FILED
SEP -8 2005
DISTRICT COURT
DELAWARE