UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1264

CATHY D. BROOKS-MCCOLLUM, on behalf of
Emerald Ridge Service Corporation
Derivative Action as a Director,
Appellant

v.

EMERALD RIDGE SERVICE CORPORATION
BOARD OF DIRECTORS, Excluding Plaintiff;
KENNETH SHAREEF; RENFORD BREVETT;
MAUDY MELVILLE; VALERIE LONGHURST;
MARK MARTELL; RUTH VIVARDIS;
FERRY JOSEPH & PEARCE; EDWARD KAFADER

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-00703)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted Under Third Circuit LAR 34.1(a)
December 8, 2005

Before:  RENDELL, FISHER and GREENBERG, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware submitted pursuant to Third Circuit LAR 34.1(a) on December 8, 2005. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court

entered on January 14, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

/s/ Patricia Dodszuweit
Acting Clerk

Dated: 10 February 2006

**Certified as a true copy and issued in lieu of a formal mandate on** March 6, 2006

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**