OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4916 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

March 6, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 05-1264**
    **Brooks-McCollum  vs. Emerald Ridge Ser**
    **D.C. No. 04-cv-00703**

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              /s/ Anthony Infante
                         By:  Anthony W. Infante
                              Case Manager

Enclosure

cc:
    Harry Feinberg, Esq.
    Jonathan L. Parshall, Esq.
    Rick S. Miller, Esq.
    Ms. Cathy D. Brooks-McCollum